UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In re: Case No. A05-00373-DMD<br><br>BERND D. HOFFMANN,<br><br>        Debtor. | Chapter 7 |
| BETHEL NATIVE CORPORATION,<br><br>        Plaintiff and<br>        Counter-defendant,<br><br>    v.<br><br>BERND D. HOFFMANN,<br><br>        Defendant and<br>        Counter-claimant. | Adversary No. A05-90023-DMD<br><br>**Filed On<br>8/9/06** |

### MEMORANDUM REGARDING AMENDMENT OF MEMORANDUM DECISION, ORDER AND JUDGMENT

My original memorandum decision omitted several footnotes, overstated the amount of Bethel Native Corporation's state court judgment and lacked any findings regarding the defendant's counterclaim. These errors will be corrected by the entry of an amended memorandum decision, order and judgment.

DATED: August 8, 2006.

> BY THE COURT
>
> /s/ Donald MacDonald IV
> DONALD MacDONALD IV
> United States Bankruptcy Judge

Serve:  E. Sleeper, Esq.
        G. Sleeper, Esq.
        W. Artus, Esq.
        P. Gingras, Adv. Case Mgr. - served 8/8/06 – pg.

8/9/06